```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )        4:06CR3103
       v.                      )
                               )
ADAM DANIEL PORTILLO,          )
                               )          ORDER
            Defendant.         )
                               )
```

IT IS ORDERED:

Defendant's motion for extension of deadline, filing 11, is granted in part. Defendant is given an additional ten days to file pretrial motions.

DATED this 5th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge