```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )       4:06CR3103
       v.                       )
                                )
ADAM DANIEL PORTILLO,           )
                                )       ORDER
            Defendant.          )
                                )

IT IS ORDERED:

Defendant's motion to continue trial, filing 13, is granted.

1. Trial is continued to 9:00 a.m., October 16, 2006, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The court finds that the ends of justice will be served by extending the trial date, and the time between September 7, 2006 and October 16, 2006 shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge