IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:06CR3103 |
| v. | ) | |
| | ) | |
| ADAM DANIEL PORTILLO, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's counsel's motion to withdraw, filing 16, is granted. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2. The trial, previously set for October 16, 2006, is continued until further order.

3. The court finds that the ends of justice will be served by continuing the trial date, and a period of thirty days, that is, the time between September 18, 2006 and October 23, 2006, shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge