```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CR3103 |
| v. ) | |
| ) | |
| ADAM DANIEL PORTILLO, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Substitute counsel has now entered an appearance for the defendant.

IT THEREFORE HEREBY IS ORDERED,

This matter is placed back on the trial docket and trial is set to commence at 9:00 a.m., October 30, 2006, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 25th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge