THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3103 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ADAM DANIEL PORTILLO, | ) | |
| Defendant. | ) | |

Upon the oral motion of defense counsel, the sentencing set for 12:00 noon on Friday, April 13, 2007, shall be continued due to defense counsel's illness.

IT IS ORDERED:

1. The sentencing set for 12:00 noon on Friday, April 13, 2007, in the above-captioned matter is continued until further order of the court;

2. The parties shall call the chambers of the undersigned United States district judge on Wednesday, April 18, 2007, to reschedule this matter.

April 12, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge