# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3103 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ADAM DANIEL PORTILLO, | ) | |
| Defendant. | ) | |

A conference call was held with counsel. On the oral motion of the government, and with the agreement of the defendant,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Friday, June 29, 2007, from 12:00 noon to 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 18, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge