IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:06CR3103 |
| vs. | |
| ADAM DANIEL PORTILLO, | RELEASE ORDER |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for September 18, 2013 at 12:00 p.m. (noon).

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional condition: The defendant shall have no contact with Crystal Casares.

July 17, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge